| Date | Pleading Number | |
|---|---|---|
| 4/5/71 | 1. | MOTION & Brief for Consolidation of four actions in Mass; one action in N.D. Ill; and one action in N.D. N.Y. made by Columbia Broadcasting System, Inc. |
| 4/11/71 | | Letter serving as Certificate of Service for Motion. |
| 4/15/71 | a | Letter request from Philco-Ford Corp and Philco Distributors attorney for extension to file response. ORDER entered extending Philco Ford and Philco Distributors time to and including April 26, 1971. Notified Counsel of Record. |
| 4/19/71 | b | General Electric Co. request for extension to file and serve response to motion. |
| 4/19/71 | c | Zenith Radio Corp., and The Rauland Corp. request for extension of time to file and serve response to motion. |
| 4/19/71 | | ORDER ENTERED EXTENDING G.E., Zenith, The Rauland Corp. time for filing and serving response to motion to and including 4/26/71 |
| 4/21/71 | | HEARING ORDER entered setting for May 26, 1971, Washington, D.C. A-1 through A-6 |
| 4/26/71 | 2. | Response, Memorandum, Certificate of Service of Philco-Ford Corp. & Philco Distributors, Inc. |
| 4/26/71 | 3. | Memo of Zenith Radio Corp. and Rauland Corp. |
| 4/27/71 | 4. | Response of General Electric Company |
| 5/3, 1971 | 5. | Combine Reply to Responses of GE, Philco, Zenith & Rauland Corp. *Response of CBS* |
| 6/28/71 | | CONSENT - Judge Wyzanski for Judge Caffrey to handle the litigation |
| 6/28/71 | | OPINION AND ORDER - transferring N.D. ILL 71 C 687 to D. of Mass with four other civil actions for consolidated or coordinated pretrial proceedings assigned to Judge Caffrey. |
| 2/17/72 | 6 | MOTION of Zenith Radio Corp. and The Rauland Corp. for an order terminating these Multidistrict Proceedings and REmanding CA 71-C-687 to the N.D. Ill, w/supporting brief, affidavits and exhibits and cert of service. |
| 2/28/72 | 7 | CBS - Opposition to motion of Zenith Radio and Rauland Corp. to Remand 71-C-687 to N.D. Ill |
| 3/6/72 | | HEARING ORDER - setting litigation for hearing. (defendants zenith radio corp. and Rauland Corp. to terminate the 28 U.S.C §1407 proceedings in the remaing actions and remand of the Illinois action to the N.D. of Illinois. Set for March 24, 1972 New York, New York |
| 3/8/72 | 8 | Reply Brief of Zenith Radio Corp. and The Rauland Corp. in support of their motion (w/cert. of service) |
| 4/3/72 | 9 | McDougall letter to Chief Judge Andrew A. Caffrey w/service |
| 5/15/72 | | ORDER appointing Judge William J. Campbell as depositon judge for period of May 15 to May 18, 1972 in Chicago, Ill. Copies to transeree clk & judge; counsel; deposition judge & cj in ILL.; clk in Ill. |
| 5/16-72 | | CBS V. Zeneth and Rauland Corp., Mass., 69-4 OPINION AND ORDER denying remand. Notified, judges, counsel publishers and clerk |
| 2/6/74 | | CBS INC. V. ZENETH RADIO CORP., ET AL., D. MASS - 69-4 (N.D. Ill 71 C 687) Conditional Remand Order entered. Notified counsel, involved judges. |
| 2/6/74 | 10 | CBS INC V. X ZENITH RADIO CORP., D. MASS 69-4 (N. Ill 71C 687) ltr from Judge Caffrey stating action was ready for remand |
| 2/22/74 | | CBS v. Zenith Radio Corp., D. Mass. 69-4, , Conditional remand order effective today. Notified involved judges, and clerks |

*Opinion & Order of Jun 28, 1971 329 F Supp 540*

Opinion and Order ------------ May 16, 1972, 342 F. Supp. 1403    DOCKET NO. 69

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE CBS COLOR TUBE PATENT LITIGATION *(Mass.)*

*Transferred to Judge Caffrey 6/28/71* ✱ - MDL-69-4

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Columbia Broadcasting System v. Northeastern Distributors, Inc. *dismissed 4/4/74* | Mass. 70-581-C | Caffrey | ✱ | 69-1 |
| A-2 | Columbia Broadcasting System, Inc. v. Philco-Ford Corporation & Philco Distributors, Inc. *dismissed 1/11/72* | Mass. 71-510-C | " | | |
| A-3 | Columbia Broadcasting System, Inc. v. General Electric Company *dismissed 6/23/71* | Mass. 71-621-C *NOT* | " | | |
| A-4 | Columbia Broadcasting System, Inc. v. Westinghouse Electric Corporation *dismissed 1/11/72* | Mass. 71-650-C | " | | |
| A-5 | Columbia Broadcasting System, Inc. v. Zenith Radio Corporation and the Rauland Corporation *remanded 3/22/74* | N.D. Ill. 71-C-687 | Marovitz Morowitz | ✱ | 69-4 6/30/71 7/8/71 |
| A-6 | General Electric Company v. Columbia Broadcasting System, Inc. | N.D. N.Y. 71-CV-119 *dismissed* | Foley | | |

*Transfer to 6/30/71*

*Docket closed 4/4/74*

OPINION AND ORDER of June 28, 1971 ___F. Supp._____   DOCKET NO. 69

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE CBS COLOR TUBE PATENT LITIGATION

**SERVICE COUNSEL**

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Herbert P. Kenway, Esquire<br>Kenway, Jenney & Hildreth<br>24 School Street<br>Boston, Massachusetts 02108 | George L. Greenfield, Esquire<br>Wolf, Greenfield & Sacks<br>185 Devonshire Street<br>Boston, Massachusetts 02110 |
| A-2 | Same as A-1 above (Kenway) | ~~Robert D. Sanborn~~ HERBERT EPSTEIN, Esquire<br>Philco-Ford Corporation<br>Tioga and C Streets<br>Philadelphia, Pennsylvania 19134 |
| A-3 | Same as A-1 above (Kenway) | TRACY H. FERGUSON<br>John F. Rafferty, Esquire<br>Bond, Schoeneck & King<br>1000 State Tower Building<br>Syracuse, New York 13202 |
| A-4 | Same as A-1 above (Kenway) | L. B. Dodds, Esquire<br>160 Middle Neck Road<br>Great Neck, New York 11021 |
| A-5 | Same as A-1 above (Kenway) | Dugald S. McDougall, Esquire<br>McDougall, Hersh & Scott<br>135 South LaSalle Street<br>Chicago, Illinois 60603 |
| A-6 | Same as A-3, def. (~~Rafferty~~) FERGUSON | Same as A-1 plf. (Kenway) |

LIAISON COUNSEL APPOINTED BY ORDER OF JUDGE CAFFREY DATED 9/21/71

Herbert P. Kenway, Esquire                George L. Greenfield, Esquire
George W. Crowley, Esquire                Wolf, Greenfield & Sacks
Kenway, Jenney & Hildreth                 185 Devonshire Street
24 School Street                          Boston, Massachusetts 02110
Boston, Massachusetts

~~APP'D BY COURT TO BRING ISSUES TO EARLY HEARING~~
~~George Tell and A. L. Borsos~~

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 69 -- CBS Color Tuge Patent Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Northeastern Distributors, Inc. | A-1, |
| Philco-Ford Corp. & Philco Distribuotors, Inc. | A-2 |
| General Electric Co. | A-3 def; A-6 plf. |
| Westinghouse Electric Corporation | A-4 |
| Zenith Radio Corp. | A-5 |
| Rauland Corporation | A-5 |
| Columbia Broadcasting System, Inc. | A-6 def; A-2,2,3,4,5 plf. |
|  |  |
|  |  |